FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY MONTECASTRO<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOME MORTGAGE and NORTHWEST TRUSTEE SERVICES<br>　　　　Defendants. | Case No. CV 08-1229 DSF (OPx)<br><br>JUDGMENT OF DISMISSAL |

　　The Court having previously issued an Order to Show Cause re Dismissal, Plaintiff not having shown a basis for subject matter jurisdiction, and the Court having concluded that it lacks subject matter jurisdiction,

　　IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED:    September 22, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge